IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STEPHANIE PARRALES, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Case No. 3:21-cv-02974-N-BT |
| | § |
| MAHESH ADITYA & SANTANDER CONSUMER USA, | § |
| | § |
| Defendants. | § |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated August 4, 2022. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED,** this 2nd day of September, 2022.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE

1